IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                  CASE NO. 09-31874-DHW
                                                                CHAPTER 13
**ROSCHELLE ROBERTSON, and**
**STANLEY ROBERTSON**

      **Debtor(s).**

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) Chapter 13 plan was filed August 18, 2009.

2. The debtor(s) §341 Meeting of Creditors was continued to and completed on October 8, 2009.

3. Confirmation is scheduled for November 16, 2009.

4. The plan, as proposed, is not feasible.

5. At the meeting of creditors, the debtor(s) was advised the specified monthly payments provided in the plan are greater than the amount the debtor(s) plan payments, rendering the case not feasible.

6. The debtor(s) was to amend the plan to adjust the specified monthly payments or raise the plan payments. The amended plan filed does not resolve the issue concerning the specified monthly payments.

WHEREFORE, the above premises considered, the Trustee does not recommend confirmation of this case as the specified monthly payments exceed the monthly plan payments.

Respectfully submitted November 9, 2009.

                                        Curtis C. Reding
                                        Standing Chapter 13 Trustee

                     By:     /s/ Tina J. Hayes
                                    Tina J. Hayes
                                    Staff Attorney
                                    ASB-9847-C32H

Office of the Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-264-6127
Email: hayest@ch13mdal.com

**CERTIFICATE OF SERVICE**

  I, Tina J. Hayes, certify that a copy of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, November 9, 2009.

                /s/ Tina J. Hayes
                Tina J. Hayes

Roschelle Robertson
3237 McGhee Road
Montgomery, AL 36111

Paul D. Esco (electronic filing)